NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

17-912 consolidated with 17-913

SHILLEM MACK, ET AL.

VERSUS

COLFAX TREATING CO, LLC, ET AL.

**********

APPEAL FROM THE
NINTH JUDICIAL DISTRICT COURT
PARISH OF RAPIDES, NO. 236,112 C/W 236,116
HONORABLE WILLIAM GREGORY BEARD, DISTRICT JUDGE

**********

SHANNON J. GREMILLION
JUDGE

**********

Court composed of Marc T. Amy, Shannon J. Gremillion, and Candyce G. Perret, Judges.

**MOTION TO STRIKE GRANTED. MOTION TO SUPPLEMENT THE RECORD DENIED. JUDGMENT AFFIRMED.**

**Joseph J. Bailey**
**Eli J. Meaux**
**Provosty, Sadler, & deLaunay, APC**
**P. O. Drawer 1791**
**Alexandria, LA 71309-1791**
**(318) 445-3631**
**COUNSEL FOR PLAINTIFFS/APPELLANTS:**
    **Virginia Colson**
    **Ronald Colson**

**Daniel E. Broussard, Jr.**
**Broussard, Halcomb & Vizzier**
**P. O. Box 1311**
**Alexandria, LA 71301**
**(318) 487-4589**
**COUNSEL FOR PLAINTIFFS/APPELLANTS:**
    **Virginia Colson**
    **Ronald Colson**

**Randall B. Keiser**
**David E. Boraks**
**Keiser Law Firm, P.L.C.**
**P. O. Box 12358**
**Alexandria, LA 71315**
**(318) 443-6168**
**COUNSEL FOR DEFENDANT/APPELLEE:**
    **City of Pineville**

**GREMILLION, Judge.**

For the reasons set forth in *Colson v. City of Pineville*, 17-913 (La.App. 3 Cir. __/__/__), ___ So.3d ___, motion to strike Appellants' reply brief filed by the City of Pineville is granted.  The motion to supplement the record filed by Appellants is denied.  The judgment of the trial court is affirmed.  All Costs of this appeal, in the amount of $1,997.50, are taxed as costs to the City of Pineville.

**MOTION TO STRIKE GRANTED.  MOTION TO SUPPLEMENT THE RECORD DENIED.  JUDGMENT AFFIRMED.**